IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | ) | CR 04-60104-01-TC |
|---|---|---|
| | ) | |
| v. | ) | ORDER TERMINATING |
| | ) | PROBATION PRIOR TO |
| TERRY LEE JORDAN, JR. | ) | EXPIRATION DATE |
| | ) | |
| Defendant. | ) | |

On April 5, 2005, this Court sentenced defendant to probation for a period of two years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is recommended that his term of probation be terminated.

Respectfully submitted,

_____
Todd M. Cantamessa
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, **IT IS ORDERED** that the term of probation be terminated and he be discharged from supervision.

DATED this 18 day of July, 2005.

_____
The Honorable Thomas M. Coffin
U.S. District Judge

*ORDER—TERRY LEE JORDAN, JR., Page 1*